```
                                         FILED      ✓
                                         LODGED  _____
                                         RECEIVED _____

                                         DEC 0 6 2010
                                         MARK L. HATCHER
                                    CLERK U.S. BANKRUPTCY COURT
                                    WESTERN DISTRICT OF WASHINGTON
                                             AT TACOMA
                                         _____DEPUTY
```

THE HONORABLE PAUL B. SNYDER

James H. MaGee
Law Offices of James H. MaGee
1108 North 6th Street
Tacoma, WA 98403
(253) 383-1001

Hearing Date: December 9, 2010
Hearing Time: 1:00 p.m.
Hearing Location: Tacoma WA
Response Date: December 2, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

RICKY MILLS
ROBIN MILLS

Debtor

Case No.: 10-42960

ORDER APPROVING MODIFICATION OF PLAN TO THAT PLAN DATED OCTOBER 13, 2010 AND REFUNDS TO EXTENT PLAN PAYMENTS RECEIVED AFTER NOVEMBER 1, 2010 EXCEED THE $290.00 SEMI-MONTHLY MORATORIUM PAYMENT

It is ORDERED, ADJUDGED AND DECREED that motion to modify the confirmed plan is granted and the operative plan shall be that plan dated October 13, 2010, setting plan payments at $290.00 semi-monthly.

///
///
///
///

ORDER APPROVING MODIFICATION OF PLAN TO
THAT PLAN DATED OCTOBER 13, 2010 AND REFUNDS
TO EXTENT PLAN PAYMENTS RECEIVED AFTER
NOVEMBER 1, 2010 EXCEED THE $290.00 SEMI-
MONTHLY MORATORIUM PAYMENT
10-42960
Page 1 of 2

LAW OFFICES OF JAMES H. MAGEE
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813

Case 10-42960-PBS    Doc 29    Filed 12/03/10    Entered 12/03/10 09:15:20    Page 1 of 2

It is further ordered that the chapter 13 Trustee shall issue refunds to the Debtors of any plan payment funds received after November 1, 2010 to the extent such plan payment funds received by the Trustee are in excess of $290.00 semi-monthly.

DATED: This __ day of ____ 2010, at Tacoma, Washington.

_____
THE HONORABLE PAUL B. SNYDER

Presented by:

/s/ James H. MaGee
James H. MaGee, WSB#23434
Attorney for Debtor

ORDER APPROVING MODIFICATION OF PLAN TO
THAT PLAN DATED OCTOBER 13, 2010 AND REFUNDS
TO EXTENT PLAN PAYMENTS RECEIVED AFTER
NOVEMBER 1, 2010 EXCEED THE $290.00 SEMI-
MONTHLY MORATORIUM PAYMENT
10-42960
Page 2 of 2

LAW OFFICES OF JAMES H. MAGEE
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001 Fax: (253) 383-2813

Case 10-42960-PBS    Doc 29    Filed 12/03/10    Entered 12/03/10 09:15:20    Page 2 of 2